UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL HENZBURN, *et al.*,<br><br>    Defendant. | Case No.: 3:20-CV-00578-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb, (ECF No. 3[1]) entered on April 8, 2021, recommending that the Court grant Plaintiff's IFP Application (ECF No. 1).

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's IFP application (ECF No. 1) is **GRANTED**. Plaintiff shall not be required to pay an initial partial filing fee; however, whenever his prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid. This is required even if the action is dismissed or is otherwise unsuccessful.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** a copy of this Order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, Nevada 89702.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the section 1983 claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any remaining State law claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated this 11th day of May, 2021.

_____
ROBERT C. JONES
United States District Judge